**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 207 WAL 2022

                Respondent        :

                               :  Petition for Allowance of Appeal
                               :  from the Order of the Superior Court

                v.              :

DARRELL ALLEN KEENER,          :

                Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.